# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT FELDER,                            : No. 87 EM 2014
:
Petitioner                    :
:
:
:
:
v.                            :
:
:
:
THE PHILADELPHIA COURT OF        :
COMMON PLEAS,                     :
:
Respondent                    :

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of September, 2014, the "Application to Enforce Order of Appellate Court," treated as an Application for Relief, is **DENIED**.